# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Junsai Xu,                                          :
                                    Petitioner     :
                                                   :
            v.                                      :
                                                   :
Unemployment Compensation Board of                 :
Review,                                            :
                                    Respondent :        No. 874 C.D. 2015

**PER CURIAM**

## **O R D E R**

NOW, April 6, 2016, upon consideration of petitioner's application for reconsideration, the application is denied.